IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TROUT UNLIMITED, PACIFIC RIVERS COUNCIL, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, NATIVE FISH SOCIETY, OREGON NATURAL RESOURCES COUNCIL, UMPQUA WATERSHEDS, and COAST RANGE ASSOCIATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>D. ROBERT LOHN, Northwest Regional Administrator of National Marine Fisheries Service, and CARLOS M. GUTIERREZ, Secretary of Commerce, United States Department of Commerce,<br><br>        Defendants.<br><br>   and<br><br>STATE OF OREGON, and ALSEA | Civil Case No. 06-1493-ST<br><br>O R D E R |

| VALLEY ALLIANCE, | ) |
| --- | --- |
| Intervenor-Defendants. | ) ) ) |

Patti Goldman
Jan Hasselman
Earthjustice
705 Second Avenue, Suite 203
Seattle, Washington  98104

Stephanie Parent
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, Oregon  97219

    Attorneys for Plaintiffs

Karin J. Immergut
United States Attorney
District of Oregon
Stephen J. Odell
United States Attorney's Office
Ronald J. Tenpas
Acting Assistant Attorney General
Jean E. Williams
Lisa L. Russell
Coby Howell
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
c/o U.S. Attorney's Office
1000 S.W. Third Avenue
Portland, Oregon  97204-2902

    Attorneys for Defendants

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and

Recommendation on July 13, 2007.  All parties filed timely objections to the Findings and

Page 2 - ORDER

Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart. This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated July 13, 2007 in its entirety.

IT IS HEREBY ORDERED that Trout Unlimited's Motion for Summary Judgment (#45) is GRANTED and State of Oregon's Motion for Summary Judgment (#68), Federal Defendants' Amended Motion for Summary Judgment (#77), and Alsea Valley Alliance's Motion for Summary Judgment (#83) are DENIED.

DATED this 5th day of October, 2007.

/s/ Garr M. King
GARR M. KING
United States District Judge