FILED'08 DEC 01 14:20USDC-ORP

KARIN J. IMMERGUT, OSB #96314
United States Attorney
STEPHEN J. ODELL, OSB #90353
Assistant United States Attorney
District of Oregon

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
COBY HOWELL, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369 – Ben Franklin Station
Washington DC 20044-7369
202-305-0388/ 202-305-0275 (fax)
lisa.russell@usdoj.gov

Attorneys for the Federal Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TROUT UNLIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> D. ROBERT LOHN, et al., <br><br> Defendants. <br><br> and <br><br> STATE OF OREGON, <br><br> Intervenor-Defendant, <br> and <br><br> ALSEA VALLEY ALLIANCE, et al., <br><br> Intervenor-Defendants. | Civ. No. 3:06-1493-ST-K <br><br><br> **STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER ON ATTORNEYS' FEES AND COSTS** |

Pursuant to Local Rule 54, this Stipulation is entered into by and between Plaintiffs, the Trout Unlimited ("TU"), and Defendants, D. Robert Lohn, Northwest Regional Administrator of National Marine Fisheries Service ("NMFS") to settle Plaintiffs' claim for attorneys' fees and costs of litigation.

Plaintiffs and Defendants, by and through their undersigned counsel, state as follows:

WHEREAS, NMFS proposed to list the Oregon Coast coho salmon as a threatened species under the Endangered Species Act ("ESA"), 16 U.S.C. § 1533, on June 14, 2005. 69 Fed. Reg. 33102 (June 13, 2004).

WHEREAS, NMFS withdrew its proposal to list the Oregon Coast coho salmon as a threatened species on January 16, 2006. 71 Fed. Reg. 3033 (Jan. 16, 2006).

WHEREAS, Plaintiffs challenged the withdrawal of the proposed listing rule, alleging that NMFS' reliance on a new viability assessment prepared by the State of Oregon to support its withdrawal of the proposed rule violated the ESA and the Administrative Procedure Act, 5 U.S.C. 706.

WHEREAS, on July 13, 2007, the Magistrate Judge issued Findings and a Recommendation to grant Plaintiffs' motion for summary judgment and to deny Defendants' motion for summary judgment.

WHEREAS, on October 5, 2007, the District Judge adopted the Magistrate Judge's Findings and Recommendations, granted Plaintiffs' motion for summary judgment, denied Defendants' motion for summary judgment, and entered judgment for the Plaintiffs.

WHEREAS, on Defendants' motion, the District Court entered an amended judgment on October 26, 2007, ordering Defendants to issue a revised listing rule for the Oregon Coast coho

salmon within 120 days.

WHEREAS, Plaintiffs moved for an award of fees and costs pursuant to 15 U.S.C. 1540(g).

WHEREAS, Plaintiffs and Defendants stipulated to stay proceedings on Plaintiffs' motion for fees and costs pending resolution of an appeal to the Ninth Circuit by Defendant-Intervenors, Alsea Valley Alliance.

WHEREAS, on September 5, 2008, the Ninth Circuit issued the mandate dismissing Defendant-Intervenors' appeal.

WHEREAS, Plaintiffs and Defendants have reached an agreement as to an appropriate settlement of Plaintiffs' motion for fees and costs and agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve Plaintiffs' motion.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants agree to pay to Plaintiffs reasonable attorneys' fees and costs in this matter, pursuant to Section 11(g)(1)(C) of the ESA, 16 U.S.C. § 1540 (g)(1)(C). Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for a total of $122,014.79. A check will be made payable in that amount to Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104. At Plaintiffs' request, Defendants will transmit payment electronically by Electronic Funds Transfer rather than by check.

2. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fee award to the Department of the Treasury's Judgment Fund Office, within ten business days of receipt of the court order approving this stipulation.

3. Plaintiffs agree to accept payment of $122,014.79 in full satisfaction of any and all

No. C 06-1493-ST-K
Stipulated Settlement Agreement            - 3 -

claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned litigation, through and including the date of this agreement.

4. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

5. The parties agree that this Settlement Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. By entering into this Agreement the parties do not waive any claim or defense.

6. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

7. The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

It is so stipulated this 14th day of November 2008.

>*s/ Jan E. Hasselman* (with permission)
>JAN E. HASSELMAN
>PATTI A. GOLDMAN
>EarthJustice
>705 Second Avenue
>Seattle WA 98104
>(206) 343-7340
>jhasselman@earthjustice.org
>
>Attorneys for Plaintiffs

KARIN J. IMMERGUT
United States Attorney
STEPHEN J. ODELL
Assistant United States Attorney
District of Oregon
600 United States Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902
(503) 727-1000

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

*/s/ Lisa Lynne Russell*
LISA L. RUSSELL, Assistant Chief
COBY H. HOWELL, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369 – Ben Franklin Station
Washington DC 20044-7369
202-305-0388
202-305-0275 (fax)
lisa.russell@usdoj.gov

Attorneys for Defendants


Pursuant to stipulation it is so ordered.

Dated: 12-1-08

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November, 13, 2008, I caused a copy of the foregoing Stipulated Settlement Agreement and Proposed Order to be served electronically on the following counsel, by filing it with the District of Oregon electronic case filing system:

Charles Edward Fletcher
Department of Justice
State of Oregon
1162 Court Street, NE
Salem, OR 97301-4096
(503) 378-6313
(503) 378-3465 (fax)
charles.fletcher@doj.state.or.us

Jill S. Gelineau
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
(503) 796-2887
(503) 796-2900 (fax)
jgelineau@schwabe.com

Jan E Hasselman
Earthjustice Legal Defense Fund
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 (fax)
jhasselman@earthjustice.org

Patti A. Goldman
Earthjustice Legal Defense Fund
705 Second Avenue
Suite 203
Seattle, WA 98104
(206) 343-7340 x 32
(206)343-1526 (fax)
pgoldman@earthjustice.org

M. Reed Hopper
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, CA 95834
(916) 419-7111
(916) 419-7747 (fax)
mrh@pacificlegal.org

Sonya D. Jones
Pacific Legal Foundation
10940 NE 33rd Place
Ste. 210
Bellevue, WA 98004
(425) 576-0484
(425) 576-9565 (fax)
sdj@pacificlegal.org

Damien M. Schiff
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, CA 95834
(916) 419-7111
(916) 419-7747 (fax)
dms@pacificlegal.org

Richard D. Wasserman
Department of Justice
Appellate Division
1162 Court Street, NE
Salem, OR 97310-4096
(503) 378-4402
(503) 378-4430 (fax)
richard.wasserman@doj.state.or.us


/s/ *Lisa Lynne Russell*
LISA LYNNE RUSSELL